United States Courts
Southern District of Texas
FILED
AUG 02 2019
David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON TEXAS.
### CLERK'S OFFICE

### DECLARATION BY JAMES AGBEZE FOR INDIGENT

I, James Agbeze, the Petitioner in this case, has been detained since September 26, 2016 by the Department of Homeland Security/ICE under 28 U.S.C. 1746 do make the following declaration under the penalty of perjury that the foregoing is true to the best of my knowledge and believe it to be true.

1. That, I am the Petitioner in this case that has been held in custody by DHS/ICE since September 26, 2016 and does not work.

2. That, my wife is sick of cancer and cannot work too.

3. That, I am indigent and cannot afford to pay the docketing fee of five dollars ($5.00) for this law suit.

4. That this, court should waive it for me because of my poverty.

5. That I make the foregoing statement and believing it to be the truth under the penalty of perjury.

Executed 07/08/2019

**James Agbeze**

A# 079 487 848

Joe Corley Detention Center

500 Hilbig Road

Conroe Texas 77301.